**Order entered January 11, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01494-CV

**DAVID RANDALL POTTS, ET AL., Appellants**

**V.**

**WHOF LENDING I, LLC, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09270**

## ORDER

The reporter's record in this accelerated appeal is overdue. The docketing statement filed by appellants on December 18, 2019 indicates that they have requested preparation of the reporter's record. Accordingly, we **ORDER** Diane Robert, Official Court Reporter for the 14th Judicial District Court, to file, by January 21, 2019, either the reporter's record or written verification that appellants have not paid or made arrangements to pay for the reporter's record. We caution appellants that if the Court receives written verification of no payment or payment arrangements, the Court will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order Ms. Robert and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE